**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

**BERMAN BROTHERS, INC., a
Florida corporation, and PACIFIC
EMPLOYERS INSURANCE COMPANY,**

    **Plaintiffs,**

**v.**                                                                         **CASE NO. 3:05-cv-850-J-16TEM**

**WAUSAU BUSINESS INSURANCE COMPANY,
a Wisconsin Insurance Company,**

    **Defendant.**
_____/

**O R D E R**

Before the Court is Plaintiffs' Motion to Strike (Dkt #97) filed April 26, 2007. After due consideration and review of Defendant's Response to Plaintiffs' Summary Judgment, the Court agrees that Defendant has violated the intent of Local Rule 3.01(b). While the document in question was only 20 pages, this was accomplished through the excessive use of footnotes which are single spaced and in a smaller font. By definition, a footnote is a note of reference, explanation or comment. It should not contain information critical to the arguments contained in the body of the document. While a few of the 39 footnotes in Defendant's response meet this criteria, most do not and can only be viewed as an attempt to circumvent the page limit requirements. Therefore, Plaintiffs' Motion is hereby **GRANTED** and Document #86 is hereby **STRICKEN**.

Defendant is hereby directed to file a response to Plaintiffs' Motion for Summary Judgment that complies with the Local Rules and limits the use of footnotes. This response shall

be filed within ten (10) days of the date of this Order.

Additionally, before the Court is Plaintiff's Motion for Leave to File A Reply  (Dkt #96) filed April 26, 2007 which is hereby **DENIED AS MOOT.**

**DONE AND ORDERED** at Jacksonville, Florida, this   1st   of May, 2007

_____
JOHN H. MOORE II
United States District Judge

c: Counsel of Record